UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
WHITE PLAINS AVIATION
PARTNERS, LLC d/b/a
Million Air White Plains,

                              Plaintiff,

    -against-

THE COUNTY OF WESTCHESTER,

                             Defendant.
-----------------------------------------------------x

21-CV-5312 (VLB)(JCM)

**DECLARATION IN SUPPORT OF MOTION TO DISMISS**

**DAVID H. CHEN,** an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

    1.    I am an attorney in the Office of John M. Nonna, Westchester County Attorney, counsel for the defendant in the above-captioned matter. I submit this Declaration in support of Defendant's Motion to Dismiss.

    2.    Exhibit 'A' to this Declaration is a true and correct copy of a November 14, 2017 letter from Eon S. Nichols (on behalf of Plaintiff) to, *inter alia*, the Commissioner of the Westchester County Department of Public Works and Transportation, which is referenced in Paragraphs 70 and 71 of the Complaint.

    3.    Exhibit 'B' to this Declaration is a true and correct copy of a December 12, 2017 letter from Vincent F. Kopicki, Commissioner of the Westchester County Department of Public Works and Transportation, to Plaintiff, which is referenced in Paragraphs 72 and 73 of the Complaint.

    4.    I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: August 11, 2021             Respectfully submitted,

                                                     JOHN M. NONNA  
                                                     WESTCHESTER COUNTY ATTORNEY  
                                                     148 Martine Avenue, Suite 600  
                                                     White Plains, New York 10601  
                                                     *Counsel for Defendant*

                        By: /s/ *David H. Chen*  
                                                     Deputy County Attorney  
                                                     (914) 995-3616  
                                                     dhca@westchestergov.com