UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE PLAINS AVIATION PARTNERS, LLC d/b/a MILLION AIR WHITE PLAINS,<br><br>    Plaintiff,<br><br>    -against-<br><br>THE COUNTY OF WESTCHESTER,<br><br>    Defendant. | Case No. 21 Civ. 5312 (VB)<br><br>**DECLARATION OF ROSS E. MORRISON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS COMPLAINT** |

I, Ross E. Morrison, make the following declaration pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am an attorney with the firm of Yankwitt LLP, counsel for Plaintiff White Plains Aviation Partners, LLC d/b/a Million Air White Plains ("Million Air") in this action. I submit this Declaration in support of Million Air's Motion for Leave to Amend and Supplement Its Complaint pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d).

2. Attached hereto as <u>Exhibit 1</u> is Plaintiff's Proposed First Amended Complaint, along with the exhibits attached to that document, i.e., Exhibits A-D.

3. Attached hereto as <u>Exhibit 2</u> is a redline showing the revisions between the Complaint in this action and the Proposed First Amended Complaint.

Dated:      White Plains, New York
                 May 16, 2022

                                                                                  /s/ Ross E. Morrison
                                                                                  Ross E. Morrison