**EXHIBIT B**



445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
T 914 761 1300
F 914 761 5372
cuddyfeder.com

Eon S. Nichols
enichols@cuddyfeder.com

March 16, 2022

**VIA FEDEX**
John M. Nonna, Esq.
Westchester County Attorney
148 Martine Avenue, Room 600
White Plains, New York 10601

**VIA FEDEX**
Commissioner
Department of Public Works and Transportation
148 Martine Avenue, Room 500
White Plains, New York 10601

**VIA FEDEX**
Airport Manager
Westchester County Airport
240 Airport Road
White Plains, New York 10604

Re: *Agreement of Lease, dated June 1, 2016 (the "Lease"), between the County of Westchester, as landlord (the "County"), and White Plains Aviation Partners, LLC d/b/a Million Air White Plains, as tenant ("Tenant")*

Ladies and Gentlemen:

All capitalized terms used in this letter shall have the meanings ascribed to such terms in the Lease. As you know, we represent Tenant.

This letter shall constitute notice under Section 5.5 of the Lease that Tenant desires to undertake improvements (as such term is defined in Section 5.5) to the Premises consisting of modifying an existing 24,000 square feet hangar located on the Premises by increasing the square footage of that hangar by 56,000 square feet for a total square footage of approximately 80,000 (the "Modification").

As such, and pursuant to Section 5.5 of the Lease, Tenant is seeking the County's consent and approval to the Modification. To facilitate the County's review of the Modification and, as required pursuant to Section 5.5, we are enclosing plans and specifications for the Modification for your use and review. Please be reminded that under Section 5.5 of the Lease, failure of the County to respond to Tenant within forty (40) days shall mean that the Modification shall be conclusively deemed approved by the County and Tenant shall have the right to proceed and construct the Modification. In addition, please also be reminded that under Section 5.5 of the Lease, the County's approval shall not be unreasonably withheld, conditioned or delayed, and



March 16, 2022
Page 2

that if the County does not approve the Modification, the County needs to state the reasons for such disapproval.

We look forward to receiving your written approval. Thank you.

Very truly yours,

Eon S. Nichols

ESN:tje
Enclosures
cc:     Mr. Roger Woolsey (w/out enclosures)

# MILLION AIR HANGAR 2
## WESTCHESTER COUNTY AIRPORT
### 136 TOWER RD.
### CITY OF WHITE PLAINS, NY 10604



**SHEET:** T1.01
**PROJECT:** MB173034
**DATE:** 10.17.17
**TL:** EC / DE:NM

**METHOD architecture**
2118 LAMAR ST., STE. 200
HOUSTON, TEXAS 77003
(713) 842-2500

**HANGAR 2 — TITLE PAGE**

## GENERAL NOTES

1. THE CONTRACTOR, IN ACCORDANCE WITH THE PROVISIONS SET FORTH IN THESE CONTRACT DOCUMENTS, SHALL PROVIDE ALL MATERIALS, EQUIPMENT, LABOR AND SUPERVISION REQUIRED. ALL WORK SHALL BE PERFORMED IN A GOOD WORKMANLIKE MANNER.
2. ALL WORK SHALL BE DONE BY CONTRACTORS DULY LICENSED BY THE LOCAL JURISDICTION.
3. THE CONTRACTOR SHALL OBTAIN AND PAY FOR ALL PERMITS, INSPECTION FEES, AND DEPOSITS REQUIRED FOR THE INSTALLATION OF ALL WORK. IT SHALL BE THE CONTRACTORS RESPONSIBILITY TO CALL FOR LOCAL INSPECTIONS AND OBTAIN APPROVAL FROM CITY INSPECTORS.
4. MATERIAL TESTING BY THIRD PARTY AND PAID FOR BY OWNER.
5. SUBCONTRACTORS ARE REQUIRED TO CAREFULLY EXAMINE THE DRAWINGS AND SPECIFICATIONS COVERING ALL TRADES SO THAT ALL WORK WILL BE PROPERLY COORDINATED. ANY DISPUTE RESULTING FROM NON-COORDINATION OF SPACE REQUIREMENTS SHALL BE SETTLED BY THE CONTRACTOR AT NO ADDITIONAL COST TO THE OWNER AND WITHOUT REGARD TO WHOSE MATERIAL WAS INSTALLED FIRST, BUT AS REQUIRED FOR PROPER FUNCTIONING OF THE CONFLICTING SYSTEMS AS APPROVED BY THE ARCHITECT.
6. THE CONTRACTOR IS RESPONSIBLE FOR MEANS AND METHODS OF CONSTRUCTION. THE CONTRACTOR SHALL PROVIDE ALL MEASURES NECESSARY TO PROTECT THE STRUCTURE AND PERSONNEL DURING CONSTRUCTION. SUCH MEASURES SHALL INCLUDE BUT NOT BE LIMITED TO BRACING, SHORING OF LOADS DUE TO CONSTRUCTION EQUIPMENT, EXCAVATION PROTECTION, SCAFFOLDING, JOB SITE SAFETY, ETC.
7. OBSERVATION VISITS TO THE SITE BY THE ARCHITECT, OWNER, OR ENGINEER SHALL NOT INCLUDE INSPECTION OF ABOVE ITEMS.
8. CONTRACTOR AND SUBCONTRACTORS SHALL NOT USE REPRODUCTIONS OF THE CONTRACT DOCUMENTS AS SHOP DRAWINGS, OR THE BASIS OF SHOP DRAWINGS. WITHOUT WRITTEN AUTHORIZATION BY THE ARCHITECT. THREE SQUARE DESIGN GROUP ASSUMES NO LIABILITY AS THE RESULT OF THE USE OF REPRODUCTIONS OF THE CONTRACT DOCUMENTS FOR SHOP DRAWINGS.
9. CONTRACTOR SHALL VERIFY ALL DIMENSIONS, CONDITIONS, ETC., PRIOR TO BEGINNING CONSTRUCTION AND NOTIFY ARCHITECT IN WRITING OF ANY DISCREPANCIES. PROCEEDING WITH WORK SHALL CONSTITUTE ACCEPTANCE BY THE CONTRACTOR THAT ALL CONDITIONS ARE CORRECT AND THE CONTRACTOR SHALL ASSUME FULL RESPONSIBILITY.
10. DO NOT SCALE DRAWINGS. SCALES NOTED ON THE DRAWINGS ARE FOR GENERAL INFORMATION ONLY. NO DIMENSIONAL INFORMATION SHALL BE OBTAINED BY DIRECT SCALING OF THE DRAWINGS. IF DIMENSIONS ARE IN QUESTION, THE CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING CLARIFICATION FROM THE ARCHITECT BEFORE CONTINUING CONSTRUCTION. ALL MEASUREMENTS ARE SUBJECT TO VERIFICATION IN THE FIELD BY THE CONTRACTOR, AND HE SHALL NOTIFY ARCHITECT OF ANY DISCREPANCIES PRIOR TO FABRICATION AND/OR CONSTRUCTION.
11. CONTRACTORS SHALL VISIT THE SITE AND INFORM ARCHITECT OF ANY CONDITIONS THAT MAY AFFECT THE EXECUTION OF THE WORK PRIOR TO COMMENCING ANY AFFECTED WORK.
12. ALL PRODUCTS AND MATERIALS SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S REQUIREMENTS UNLESS SPECIFICALLY NOTED TO THE CONTRARY. NOTIFY ARCHITECT IF MANUFACTURER'S REQUIREMENTS ARE MORE STRINGENT.
13. ALL MATERIALS AND EQUIPMENT FURNISHED BY CONTRACTORS SHALL BE NEW AND FREE FROM DEFECTS.
14. THE CONTRACTOR SHALL BE RESPONSIBLE FOR MAINTAINING THE BUILDING AND SITE, CLEANING AND PROVIDING ALL AND ANY SAFETY PROVISIONS TO ENSURE THE PUBLIC SAFETY.
15. DAMAGED WORK MUST BE REPLACED AT NO ADDITIONAL COST TO THE OWNER.
16. CONTRACTORS SHALL PROVIDE BACKING BEHIND FINISH WALL AND CEILING SURFACES FOR SUPPORT AND ATTACHMENT OF CASEWORK, SHELVING, MIRRORS, PEGBOARDS, COUNTERS, TOILET PARTITIONS AND ACCESSORIES ETC.
17. WHERE REFERENCE IS MADE TO VARIOUS TEST STANDARDS FOR MATERIALS, SUCH STANDARDS SHALL BE THE LATEST EDITION AND/OR ADDENDUM OR WHICHEVER IS MORE STRINGENT.
18. ESTABLISH AND VERIFY ALL OPENING AND INSERTS FOR ARCHITECTURAL, MECHANICAL, ELECTRICAL AND PLUMBING PRIOR TO CONSTRUCTION. CONSTRUCTION SHALL CONFORM TO LOCAL GENERAL NOTES AND TYPICAL DETAILS. WHERE NO SPECIFIC DETAILS ARE SHOWN, DETAILS MARKED AS "TYPICAL" SHALL APPLY UNLESS NOTED OTHERWISE.
19. ANY ENGINEERING DESIGN PROVIDED BY OTHERS AND SUBMITTED FOR REVIEW SHALL BEAR THE SEAL OF AN ENGINEER REGISTERED IN LOCAL JURISDICTION.
20. IN CASE OF PLAN LOCATION CONFLICTS BETWEEN DISCIPLINES, NOTIFY ARCHITECT.
21. ALL DRAWING REFERENCES TO MATERIALS ARE GENERAL IN NATURE. IN UNLESS OTHERWISE NOTED, REFER TO SPECIFICATIONS FOR TYPES, CHARACTERISTICS AND REQUIREMENTS OF SPECIFIC MATERIALS.
22. THESE CONTRACT DRAWINGS AND SPECIFICATIONS REPRESENT THE FINISHED STRUCTURE. THEY DO NOT INDICATE THE METHOD OF CONSTRUCTION. THE CONTRACTOR SHALL PROVIDE ALL MEASURES NECESSARY TO PROTECT THE STRUCTURE DURING CONSTRUCTION. SUCH MEASURES SHALL INCLUDE, BUT NOT BE LIMITED TO, BRACING, SHORING OF LOADS DUE TO CONSTRUCTION EQUIPMENT, ETC. OBSERVATION VISITS TO THE SITE BY ARCHITECT OR ENGINEER SHALL NOT INCLUDE INSPECTION OF THE ABOVE ITEMS.
23. THESE DOCUMENTS ARE NOT TO BE USED FOR ANY PURPOSE OTHER THAN ORIGINALLY ISSUED UNLESS AUTHORIZED IN WRITING BY THE ARCHITECT OF RECORD.
24. SHOP DRAWINGS ARE TO COMPLIMENT AND SUPPLEMENT CONSTRUCTION DOCUMENTS. WHEN CONFLICTING INFORMATION IS PROVIDED IN SHOP DRAWINGS AND CONSTRUCTION DOCUMENTS, NOTIFY ARCHITECT PRIOR TO FABRICATION. REVIEW OF SHOP DRAWINGS BY ARCHITECT DOES NOT RELIEVE CONTRACTOR OF RESPONSIBILITY FOR CONFORMANCE WITH CONSTRUCTION DOCUMENTS.
25. ALL DRYWALL PARTITIONS ARE DIMENSIONED FACE OF FINISH WALL TO FACE OF FINISH WALL UNLESS OTHERWISE NOTED.
26. ALL GYPSUM BOARD PARTITIONS SHALL BE TAPE, BED, TEXTURE, & T. K.D. FINISH UNLESS NOTED OTHERWISE.
27. PROJECT MANAGER WILL BE NOTIFIED BY WORK SHALL BE PERFORMED FROM PROJECT SITE ON A DAILY BASIS. COORDINATE DUMPSTER LOCATION WITH BUILDING OWNER TO AVOID ACCESS AND PARKING CONFLICTS.
28. PRIOR TO START OF CONSTRUCTION, IDENTIFY GAS MAIN AND SHUTDOWN, ELECTRICAL MAIN AND SHUTDOWN, WATER MAIN AND SHUTDOWN, AND ALL OTHER EMERGENCY UTILITY SHUTDOWN DEVICES. POST A PLAN OF ALL LOCATIONS WITH EMERGENCY NUMBERS OF TRADES ASSOCIATED WITH EACH SHUTDOWN BEFORE START OF U.G. WORK.
29. SEAL ALL CRACKS AROUND STRUCTURAL MEMBERS, BRACING, PIPES, CONDUITS, DUCTS AND BETWEEN WALLS AND ROOF DECK WHERE AIR INFILTRATION BETWEEN CONDITIONED AND NON-CONDITIONED (EXTERIOR) SPACES MAY OCCUR (I.E. SEAL THE BUILDING ENVELOPE).
30. PROVIDE DOUBLE STUDS, BLOCKING, AND/OR DIAGONAL BRACING AS REQUIRED AT JAMBS OF DOORS, WALL OPENINGS, ETC.
31. FIRE EXTINGUISHERS SHALL BE PURCHASED AND INSTALLED BY THE CONTRACTOR PER LOCAL FIRE DEPARTMENT AND BUILDING CODE REQUIREMENTS. REFER TO THE ARCHITECTURAL FLOOR PLAN FOR EXACT LOCATIONS.

## CONTACT LIST

**OWNER:**
MILLION AIR
7505 BRANCH ROAD
HOUSTON, TX 77061
TEL: (713) 640 - 4000

**ARCHITECT:**
METHOD ARCHITECTURE
CONTACT: JAKE ROBISON
E-MAIL: jrobison@methodarchitecture.com
PROJECT MANAGER: EFRAIN CASTILLO
2118 LAMAR ST., SUITE 200
HOUSTON, TEXAS 77003
TEL: (713) 842-7500

**MEP:**
ENGINEERED DESIGN GROUP
CONTACT: JOSEPH TASHJIAN
79 SOUTH ST.
FREEHOLD, NEW JERSEY 07728
TEL: (732) 303-1717
E-MAIL: jt@edg-llc.com

**METAL BUILDING ENGINEER**
KD BUILDING SYSTEMS
CONTACT: SEAN MASON
10943 N. SAM HOUSTON PKWY W.
HOUSTON, TX 77064
TEL: (832) 201-7008

**STRUCTURAL:**
GARZA/ACJA/N
CONTACT: GABE GARZA
13313 SOUTHWEST FWY. #163
SUGAR LAND, TX 77478
TEL: (281) 484-1200
E-MAIL: ggarza@garza-civilan.com

**CIVIL**
BOEHLER ENGINEERING
CONTACT: BRYAN BARNES
35 TECHNOLOGY DRIVE,
WARREN, NJ 07059
TEL: (908) 668-8300
E-MAIL: bbarnes@boehlereng.com

**FIRE PROTECTION**
K & E FIRE PROTECTION
CONTACT: ED MAY
14 PLAZA NINE,
MANALAPAN, NEW JERSEY 07726
TEL: (732) 303-1717
E-MAIL: edkay@kefire.com

**GENERAL CONTRACTOR:**
JACOB WHITE
CONTRACT: SEAN MOELLER
2000 W. PARKWOOD AVE.
FRIENDSWOOD, TEXAS 77546
TEL: (281) 482-8200
E-MAIL: sean@jacobwhiteco.com

## PROJECT INFORMATION

### SCOPE OF WORK
THE PROPOSED FACILITY CONSISTS OF THE CONSTRUCTION OF A GROUND UP 108,641 S.F. PRE-FABRICATED METAL BUILDING WITH (3) MEZZANINE LEVELS. THE FACILITY WILL BE COMPRISED OF AN OFFICE AND WAREHOUSE THAT WILL BE USED FOR THE STORAGE OF AIRCRAFTS CARRIERS, AND THE BUSINESS OPERATIONS SURROUNDING AIRCRAFT HANDLING.

### CODE COMPLIANCE
THE PROPOSED PROJECT SHALL COMPLY WITH ALL COUNTY APPLICABLE CODES:
- INTERNATIONAL BUILDING CODE 2015 ED.
- INTERNATIONAL FIRE CODE 2015 ED.
- INTERNATIONAL MECHANICAL CODE 2015 ED.
- INTERNATIONAL PLUMBING CODE 2015 ED.
- ADA ACCESSIBILITY GUIDELINES (ADAAG) 2012
- NEW YORK STATE ENERGY CONSERVATION CODE: INTERNATIONAL CONSERVATION CODE 2015
- NATIONAL ELECTRICAL CODE, NFPA 70-2014

### LEGAL DESCRIPTION

| BUILDING | SPACE | OCCUPANCY | SIZE | BUILDING HEIGHT |
|---|---|---|---|---|
| HANGAR 2 | AIRPLANE HANGER | S-1 | 67,481 SQ.FT | 52'-0" EAVE |
| | STORAGE | S-1 | 9,006 SQ.FT | 52'-0" EAVE |
| | FIRST FLOOR LOBBY | B | 1,858 SQ.FT | 52'-0" EAVE |
| | OFFICE MEZZANINE | B | 10,660 SQ.FT | 52'-0" EAVE |
| | OFFICE MEZZANINE | B | 10,660 SQ.FT | 52'-0" EAVE |
| | OFFICE MEZZANINE | B | 10,660 SQ.FT | 52'-0" EAVE |
| TOTAL BUILDING | | NON-SEPARATED | 110,325 SQ.FT | |

### BUILDING CODE ANALYSIS – O&M BUILDING

**PROJECT DESCRIPTION**
IB 33.B3SSF (TYPE IIB)
THE AREA LABELED AS OFFICE WILL SERVE A BUSINESS GROUP B OCCUPANCY WHERE THE TENANT'S SPECIFIC USE WILL BE OFFICE, PROFESSIONAL TRANSACTIONS, AND STORAGE OF RECORDS AND ACCOUNTS.

**CONSTRUCTION TYPE**
TYPE IIB - FOAM BASED, JET-X SYSTEM

**ALLOWABLE AREA**
PER SECTION 506.3.2, THE AREA OF A ONE STORY, GROUP B, F.M. OR S. SHALL NOT BE LIMITED WHEN THE BUILDING IS PROVIDED WITH AN AUTOMATIC SPRINKLER SYSTEM THROUGHOUT IN ACCORDANCE WITH 903.3.1.1 AND IS SURROUNDED AND ADJOINED BY PUBLIC WAYS OR YARDS NOT LESS THAN 60' IN WIDTH.

**OCCUPANCY**
PER SECTION 508.3.2, THE AREA OF A ONE STORY, B-1 OCCUPANCY, WHERE THE SPECIFIC USE SERVES AS THE STORAGE OF TOOLS/PARTS USED FOR WIND TURBINES. THERE WILL BE NO HIGH PILE STORAGE OR STORAGE OF HAZARDOUS MATERIAL QUALIFIES FOR NON-SEPARATED USE.

**OCCUPANT CALCULATIONS (PER TABLE 1004.1.1 IBC) FIRST FLOOR**
HANGAR: S-1 = 300 OCCUPANTS
STORAGE: S-1, 9,006/300 = 18 OCCUPANTS
TOTAL S-1 = 154 OCCUPANTS

**FIRST FLOOR LOBBY**
B, 1,858/100 = 19 OCCUPANTS

**MEZZANINE LEVEL 2**
B, 10,660/100 = 107 OCCUPANTS

**MEZZANINE LEVEL 3**
B, 10,660/100 = 107 OCCUPANTS
TOTAL OCCUPANT CALCULATION: 494 TOTAL OCCUPANTS

**BUILDING OCCUPANCY**
S-1 = 154 OCCUPANTS
B = 340 OCCUPANTS

### MEANS OF EGRESS
PER IBC 1005.5 MULTIPLE MEANS OF EGRESS SHALL BE SIZED SUCH THAT THE LOSS OF ANY ONE MEANS OF EGRESS SHALL NOT REDUCE THE AVAILABLE CAPACITY TO LESS THAN 50 PERCENT OF THE REQUIRED CAPACITY.

**COMMON PATH OF EGRESS TRAVEL** IBC 1014.3
THE AREA LABELED AS OFFICE WILL SERVE A B-1 OCCUPANCY AREAS

**TRAVEL DISTANCE LIMITATIONS** IBC 1016.2 EXITS SHALL BE LOCATED ON EACH STORY SUCH THAT THE MAXIMUM LENGTH OF EXIT ACCESS TRAVEL, MEASURED FROM THE MOST REMOTE POINT WITHIN A STORY TO THE ENTRANCE TO AN EXIT ALONG THE NATURAL AND UNOBSTRUCTED PATH OF EGRESS TRAVEL, SHALL NOT EXCEED THE DISTANCES GIVEN IN TABLE 1016.1

**MAXIMUM BUILDING DIAGONAL** = 375' (1/2) = 188' REQUIRED
**TRAVEL DISTANCES** DOES NOT EXCEED 300' IN B AND S-1 OCCUPANCY AREAS

**TWO EXITS OR EXIT ACCESS DOORWAYS** IBC 1015.2.1 WHERE TWO EXITS OR EXIT ACCESS DOORWAYS ARE REQUIRED FROM ANY PORTION OF THE EXIT ACCESS, THE EXIT DOORS OR EXIT ACCESS DOORWAYS SHALL BE PLACED A DISTANCE APART EQUAL TO NOT LESS THAN ONE-HALF OF THE LENGTH OF THE MAXIMUM OVERALL DIAGONAL DIMENSION OF THE BUILDING OR AREA TO BE SERVED, MEASURED IN A STRAIGHT LINE BETWEEN EXIT DOORS OR EXIT ACCESS DOORWAYS.

**NUMBER AND CONTINUITY OF EXITS.** IBC 1021.1: MINIMUM NUMBER OF EXITS. ALL ROOMS AND SPACES WITHIN SUCH STORY SHALL BE PROVIDED WITH AND HAVE ACCESS TO THE MINIMUM NUMBER OF APPROVED INDEPENDENT EXITS BASED ON THE OCCUPANT LOAD OF THE STORY.
OCCUPANT LOAD PER STORY: 1-500 = 2 REQUIRED; 2 MIN PROVIDED

**BUILDINGS WITH ONE EXIT.** IBC TABLE 1021.2. ONLY ONE EXIT SHALL BE REQUIRED IN BUILDINGS WITH OCCUPANCY TYPE B AND S-1 (2 STORIES) WITH THE MAXIMUM OCCUPANTS PER FLOOR OF 49 AND 29 RESPECTIVELY. OCCUPANT 494 TO TRAVEL DISTANCE ALLOWED: FOR ONE REQUIRED EXIT.

### CORRIDOR FIRE-RESISTANCE RATING: IFC TABLE 1018.1

| OCCUPANCY | OCCUPANT LOAD PER EXIT | REQUIRED FIRE RATING (WITH SPRINKLER) |
|---|---|---|
| B, S-1 | GREATER THAN 30 | 0 |

WHERE MORE THAN ONE EXIT OR EXIT ACCESS DOORWAY IS REQUIRED, THE EXIT ACCESS SHALL BE ARRANGED SUCH THAT THERE ARE NO DEAD ENDS IN CORRIDORS MORE THAN 20 FEET.

### PLUMBING FIXTURE CALCULATIONS – 494 – OCCUPANTS 340 B / 154 (S)

| FIXTURE TYPE | REQUIRED | PROVIDED | REMARKS |
|---|---|---|---|
| WATER CLOSETS | 11 | 24 | B 1 per 25 occupants for 1st 50 , 1 per 50 for the remainder exceeding 50 |
| LAVATORIES | 8 | 16 | B 1 per 40 for the first 80 and 1 per 80 for the remainder exceeding 80 |
| SERVICE SINK | 2 | 4 | S 1 per 100 occupants; S 1 per service sink |
| DRINKING WATER | 4 | 4 | S 1 per 1,000 |

## LIST OF DRAWINGS

**T1.01** TITLE SHEET, INDEX, AND GENERAL NOTES

**CIVIL:**
- C-01 COVER
- C-02 OVERALL SITE PLAN
- C-03 DEMOLITION PLAN
- C-04 SITE PLAN
- C-05 GRADING PLAN
- C-06 DRAINAGE/UTILITY PLAN
- C-07 LIGHTING PLAN
- C-09 SOIL EROSION CONTROL PLAN
- C-10 DETAIL SHEET
- C-11 DETAIL SHEET
- C-12 DETAIL SHEET
- C-13 DETAIL SHEET

**ARCH DRAWINGS:**
- A0.01 ADA GUIDELINES
- A1.01 SITE PLAN AND NOTES
- A1.02 SITE DETAILS AND NOTES
- A1.10 OVERALL FIRST FLOOR PLAN
- A1.11 OVERALL FIRST FLOOR PLAN B-NOTES
- A1.12 ENLARGED FIRST FLOOR PARTIAL PLANS
- A2.01 ENLARGED FIRST STORY MEZZANINE
- A2.04 OVERALL FIRST STORY REFLECTED CEILING PLAN
- A2.05 ENLARGED FIRST STORY REFLECTED CEILING PLAN
- A2.06 ENLARGED SECOND STORY REFLECTED CEILING PLAN
- A2.07 ENLARGED THIRD STORY REFLECTED CEILING PLAN
- A2.08 ENLARGED FOURTH STORY REFLECTED CEILING PLAN
- A3.00 BUILDING ELEVATIONS
- A3.01 BUILDING ELEVATIONS
- A4.01 WALL SECTIONS AND NOTES
- A5.00 STAIR PLANS AND DETAILS
- A5.04 BUILDING DETAILS
- A5.05 BUILDING DETAILS
- A6.01 PAD AND WALL WORK DETAILS
- A7.01 DOOR AND WINDOW DETAILS
- A7.02 WALL SECTIONS

**MEP DRAWINGS:**
- M.01 MECHANICAL GENERAL INFORMATION
- M.02 MECHANICAL HANGAR FLOOR PLAN
- M.03 MECHANICAL FIRST FLOOR
- M.04 MECHANICAL SECOND FLOOR
- M.05 MECHANICAL THIRD FLOOR
- M.06 MECHANICAL FOURTH FLOOR
- M.07 MECHANICAL SCHEDULES - 1
- M.08 MECHANICAL SCHEDULES - 2
- M.09 MECHANICAL DETAILS
- M.10 MECHANICAL DETAILS
- E-1 ELECTRICAL GENERAL INFORMATION
- E-2 LIGHTING HANGAR FLOOR PLAN
- E-3 LIGHTING FIRST FLOOR PARTIAL
- E-4 LIGHTING SECOND FLOOR PARTIAL
- E-5 LIGHTING THIRD FLOOR PARTIAL
- E-6 LIGHTING FOURTH FLOOR PARTIAL
- E-8 POWER HANGAR FLOOR PLAN
- E-9 POWER FIRST FLOOR PARTIAL
- E-11 POWER THIRD FLOOR PARTIAL
- E-12 POWER FOURTH FLOOR PARTIAL
- E-13 HVAC HANGAR FLOOR PLAN
- E-14 HVAC FIRST FLOOR PARTIAL
- E-15 HVAC SECOND FLOOR PARTIAL
- E-16 HVAC THIRD FLOOR PARTIAL
- E-17 HVAC FOURTH FLOOR PARTIAL
- E-18 ELECTRICAL SINGLE LINE DIAGRAM

**CONTINUE MEP DRAWINGS:**
- E-19 ELECTRICAL PANEL SCHEDULES - SHEET 1
- E-20 ELECTRICAL PANEL SCHEDULES - SHEET 2
- E-21 ELECTRICAL SITE PLAN
- FA-1 FIRE ALARM FLOOR PLAN
- FA-2 FIRE ALARM GROUND FLOOR PARTIAL
- FA-3 FIRE ALARM SECOND FLOOR PARTIAL
- FA-4 FIRE ALARM THIRD FLOOR PARTIAL
- FA-5 FIRE ALARM FOURTH FLOOR PARTIAL
- P.01 PLUMBING GENERAL INFORMATION SHEET
- P.02 OVERALL WASTE AND VENT PIPING GROUND FLOOR PLAN
- P.03 PARTIAL WASTE AND VENT PIPING GROUND FLOOR PLAN
- P.04 PARTIAL WASTE AND VENT PIPING SECOND FLOOR PLAN
- P.05 PARTIAL WASTE AND VENT PIPING THIRD FLOOR PLAN
- P.06 PARTIAL WASTE AND VENT PIPING FOURTH FLOOR PLAN
- P.07 OVERALL WATER AND GAS PIPING GROUND FLOOR PLAN
- P.08 PARTIAL WATER AND GAS PIPING GROUND FLOOR PLAN
- P.09 PARTIAL WATER AND GAS PIPING SECOND FLOOR PLAN
- P.10 PARTIAL WATER AND GAS PIPING THIRD FLOOR PLAN
- P.11 PARTIAL WATER AND GAS PIPING FOURTH FLOOR PLAN
- P.12 PLUMBING DETAIL SHEET

**FIRE PROTECTION PLANS:**
- FP.1 SITE PLAN, DETAILS & NOTES
- FP.2 ENTIRE OFFICE & HANGAR
- FP.3 NORTHWEST HANGAR & OFFICE
- FP.4 NORTHEAST HANGAR
- FP.5 SOUTHWEST HANGAR & OFFICE
- FP.6 SOUTHEAST HANGAR
- FP.7 2ND FLOOR OFFICE FIRE SPRINKLERS
- FP.8 3RD FLOOR OFFICE FIRE SPRINKLERS
- FP.9 4TH FLOOR OFFICE FIRE SPRINKLERS
- FP.10 FDC GENERATOR LOCATIONS NORTH
- FP.11 FDC GENERATOR LOCATIONS SOUTH
- FP.12 PLUMBING ELEVATIONS

**STRUCT. DRAWINGS:**
- S0.1 STRUCTURAL GENERAL NOTES
- S1.0 OVERALL FOUNDATION PLAN
- S1.0A FOUNDATION PLAN - AREA A
- S1.0B FOUNDATION PLAN - AREA B
- S1.0C FOUNDATION PLAN - AREA C
- S1.0D OVERALL SECOND LEVEL FLOOR PLAN
- S1.1 OVERALL THIRD LEVEL FLOOR PLAN
- S1.2 OVERALL FOURTH LEVEL FLOOR PLAN
- S1.3 OVERALL ROOF PLAN
- S1.4 STAIR FRAMING PLAN
- S3.0 STAIR FRAMING PLAN
- S3.1 STAIR DETAILS
- S3.2 TYPICAL FOUNDATION DETAILS
- S4.0 TYPICAL FOUNDATION DETAILS
- S4.1 TYPICAL FOUNDATION DETAILS
- S4.2 TYPICAL FOUNDATION DETAILS
- S4.3 FOUNDATION DETAILS
- S4.6 TYPICAL DETAILS
- S5.0 TYPICAL DETAILS
- S6.1 TYPICAL OWJ DETAILS

**METAL BUILDING DRAWINGS**
- F-1 - R21 METAL BUILDING DRAWINGS

05.08.18












# CONSTRUCTION SET

*FOR*

# MILLION AIR®

PROPOSED

## HANGAR

WESTCHESTER COUNTY AIRPORT
136 TOWER ROAD
CITY OF WHITE PLAINS
WESTCHESTER COUNTY, NEW YORK

USGS MAP
SCALE: 1" = 2,000'
SOURCE: TERRAIN NAVIGATOR PRO NETWORK

KEY MAP
SCALE: 1" = 1,000'
SOURCE: GOOGLE MAPS

TAX MAP
SCALE: 1" = 600'
SOURCE: GIS PARCEL DATA MAPS

AERIAL MAP
SCALE: 1" = 600'
SOURCE: GOOGLE EARTH PRO

### DRAWING SHEET INDEX

| SHEET TITLE | SHEET NUMBER |
|---|---|
| COVER SHEET | 1 OF 13 |
| OVERALL SITE PLAN | 2 OF 13 |
| DEMOLITION PLAN | 3 OF 13 |
| SITE PLAN | 4 OF 13 |
| GRADING PLAN | 5 OF 13 |
| DRAINAGE & UTILITIES PLAN | 6 OF 13 |
| LIGHTING PLAN | 7 OF 13 |
| LANDSCAPING PLAN | 8 OF 13 |
| SOIL EROSION & SEDIMENT CONTROL PLAN | 9 OF 13 |
| DETAIL SHEET | 10 OF 13 |
| DETAIL SHEET | 11 OF 13 |
| DETAIL SHEET | 12 OF 13 |
| DETAIL SHEET | 13 OF 13 |

PREPARED BY
BOHLER ENGINEERING

BOHLER ENGINEERING™
SITE CIVIL AND CONSULTING ENGINEERING
LAND SURVEYING · PROGRAM MANAGEMENT · LANDSCAPE ARCHITECTURE
SUSTAINABLE DESIGN · PERMITTING SERVICES · TRANSPORTATION SERVICES

UPSTATE NEW YORK · NEW ENGLAND · BOSTON, MA · NEW YORK METRO · NEW YORK, NY · NEW JERSEY · PHILADELPHIA, PA · LEHIGH VALLEY, PA · SOUTHEASTERN, PA · REHOBOTH BEACH, DE · BALTIMORE, MD · SOUTHERN MARYLAND · NORTHERN VIRGINIA · CENTRAL VIRGINIA · RALEIGH, NC · CHARLOTTE, NC · TAMPA, FL · SOUTH FLORIDA

THE INFORMATION, DESIGN AND CONTENT OF THIS PLAN ARE PROPRIETARY AND SHALL NOT BE COPIED OR USED FOR ANY PURPOSE WITHOUT PRIOR WRITTEN AUTHORIZATION FROM BOHLER ENGINEERING. ONLY APPROVED, SIGNED AND SEALED PLANS SHALL BE UTILIZED FOR CONSTRUCTION PURPOSES
© 2016 BOHLER ENGINEERING

REVISIONS

| REV | DATE | COMMENT | DRAWN BY / CHECKED BY |
|---|---|---|---|
| 1 | 12/12/2017 | REV. PER GENERAL COMMENTS | AR / BE |
| 2 | 12/26/2017 | REV. PER GENERAL COMMENTS | AR / BE |
| 3 | 02/23/2018 | REV. PER COUNTY COMMENTS | BM / BE |
| 4 | 03/12/2018 | REV. PER UTILITY COMMENTS | BM / BE |
| 5 | 03/23/2018 | REV. PER GENERAL COMMENTS | BM / BE |
| 6 | 04/10/2018 | REV. PER COUNTY COMMENTS | BM / BE |
| 7 | 04/23/2018 | REV. PER COUNTY COMMENTS | BM / BE |

ISSUED FOR CONSTRUCTION

THE ABOVE REFERENCED REGIONS REQUIRE NOTIFICATION BY EXCAVATORS, DESIGNERS, OR ANY PERSON PREPARING TO DISTURB THE EARTH'S SURFACE ANYWHERE IN THAT REGION (NYC & L.I. 1-800-272-4480)

PROJECT No.: J130768.02
DRAWN BY:
CHECKED BY:
DATE:
SCALE: AS SHOWN
CAD I.D.: J130768.02-CDS-7A

PROJECT:
CONSTRUCTION SET
FOR
MILLION AIR
JACOB | WHITE CONSTRUCTION
PROPOSED HANGAR
WESTCHESTER COUNTY AIRPORT
136 TOWER ROAD
CITY OF WHITE PLAINS
WESTCHESTER COUNTY, NEW YORK

BOHLER ENGINEERING
35 TECHNOLOGY DRIVE
WARREN , NJ 07059
Phone: (908) 668-8300
Fax: (908) 754-4401
www.BohlerEngineering.com
NJ CERT. OF AUTHORIZATION No. 24GA28149500

D.F. WISOTSKY

SHEET TITLE:
COVER SHEET

SHEET NUMBER:
C-01
OF 13

REVISION 7 - 04/23/2018

AREA OF INTEREST
OVERALL SITE PLAN
C-02
REVISION 7 - 04/23/2018
BOHLER ENGINEERING
PROPOSED HANGAR
WESTCHESTER COUNTY AIRPORT
136 TOWER ROAD
CITY OF WHITE PLAINS
WESTCHESTER COUNTY, NEW YORK
MILLION AIR
JACOB | WHITE CONSTRUCTION
CONSTRUCTION SET
ISSUED FOR CONSTRUCTION
REVISIONS
NORTH APRON
EAST APRON
TAXI WAY K
TAXI WAY L
TAXI WAY M
APPROX. LOCATION OF PROPERTY LINE
GRAPHIC SCALE
1 INCH = 50 FEET

