

Office of the Westchester County Attorney
John M. Nonna,
County Attorney

May 25, 2022

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Court, SDNY
300 Quarropas Street, Room 630
White Plains, NY 10601-4150

Re:   *White Plains Aviation Partners, LLC v. County of Westchester*, 21-cv-5312
       Request for Extension of Time

Dear Judge Briccetti:

     Pursuant to Rule 1.G of your Individual Practices, the County of Westchester, Defendant in the above-captioned matter, respectfully requests an extension of time to file an opposition to Plaintiff's Motion for Leave to Amend/Supplement its Complaint.

     The original due date for the opposition was May 30th, per Plaintiff's May 16, 2022 Notice of Motion (ECF No. 35). Defendant seeks a two-week extension, to June 13, 2022. This is Defendant's first such request, to which Plaintiff has consented.

     The reason for the request is to allow the County Attorney (who was recently ill) additional time to review the opposition. We will endeavor to file as close to the original due date as possible.

                                      Sincerely,

                                      /s/ ***David H. Chen***
                                      David H. Chen, Esq.
                                      Deputy County Attorney
                                      (914) 995-3616
                                      dhca@westchestergov.com
                                      *Counsel for Defendant*

CC: all parties (via ECF)

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601