UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WHITE PLAINS AVIATION PARTNERS, LLC,  :
d/b/a MILLION AIR WHITE PLAINS,       :
          Plaintiff,             :   **ORDER REGARDING**
                                 :   **SEALED DOCUMENTS**
v.                                    :
                                 :   21 CV 5312 (VB)
THE COUNTY OF WESTCHESTER,            :
          Defendants.            :
--------------------------------------------------------------x

      The Court having So Ordered the parties' Stipulation and Protective Order, dated July 26, 2022, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: July 26, 2022
      White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge