

August 22, 2022

**Via Electronic Case Filing**
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Courtroom 630
White Plains, New York 10601

      Re:    *White Plains Aviation Partners, LLC, d/b/a Million Air White Plains v. The County of Westchester*, Case No. 21 Civ. 5312 (VB)

Dear Judge Briccetti:

      This firm represents plaintiff White Plains Aviation Partners, LLC, d/b/a Million Air White Plains ("Million Air"), in the above-referenced action. Pursuant to paragraph 16 of the Court's Revised Civil Case Discovery Plan and Scheduling Order, we write on behalf of Million Air and Defendant the County of Westchester (the "County"), to update the Court regarding the status of the parties' settlement discussions regarding this action.

      The parties currently are engaged in discussing alternative ways to resolve this matter. To date, no agreement has been reached.

      The parties will further update the Court concerning any progress in settlement discussions or whether the parties would like the Court's assistance in that regard.

                Respectfully submitted,

                YANKWITT LLP
                *Counsel for Million Air*

      By:  /s/ Ross E. Morrison
           Ross E. Morrison

(via ECF)
cc:  All counsel of record