

Office of the Westchester County Attorney
John M. Nonna, County Attorney

January 13, 2023

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Court, SDNY
300 Quarropas Street, Room 630
White Plains, NY 10601-4150

Re:   *White Plains Aviation Partners, LLC v. County of Westchester*, 21-cv-5312
      Letter-Motion for Discovery Conference

Dear Judge Briccetti:

    I write on behalf of Westchester as a follow-up to my letter of January 6th.  Plaintiff has represented that it will, subject to certain agreed-upon conditions, produce additional discovery in response to the County's requests by January 24, 2023.  Accordingly, Westchester requests that its pending discovery motion (ECF No. 70) be held in abeyance.

                                        Respectfully,

                                        /s/ ***David H. Chen***
                                        (914) 995-3616
                                        dhca@westchestergov.com
                                        *Counsel for Defendant*

cc:   Counsel of record (via ECF)