

January 22, 2024

**Via Electronic Case Filing**
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Courtroom 630
White Plains, New York 10601

      Re:    *White Plains Aviation Partners, LLC, d/b/a Million Air White Plains v. The County of Westchester*, Case No. 21 Civ. 5312 (VB)

Dear Judge Briccetti:

      Counsel for plaintiff White Plains Aviation Partners, LLC, d/b/a Million Air White Plains ("Million Air"), and counsel for defendant the County of Westchester (the "County"), respectfully submit this joint request for a one-week extension of time, from January 22, 2024, until January 29, 2024, to file a joint status update.

      Pursuant to the Court's Order, dated November 20, 2023, the Court continued the stay of all discovery deadlines in this action, and ordered the parties to submit, by January 22, 2024, a joint status update as to their ongoing discussions and actions concerning a number of the material issues in the above-referenced matter.  As part of that process, the parties were scheduled to meet on January 23, 2024, along with representatives from the Federal Aviation Administration.  However, late last week the County informed Million Air that it had to cancel that meeting, and the parties currently are in the process of discussing next steps in this matter, including a suggestion by the County to meet on February 15, 2024, without the Federal Aviation Administration.  The parties currently disagree as to whether the Federal Aviation Administration should attend the meeting.  Accordingly, the parties request a one-week extension of time to submit a status report.

      This is the parties' first request for an extension of the deadline to submit a joint status report.  The parties thank the Court for its consideration of their request.

                                        Respectfully submitted,

                                        YANKWITT LLP
                                      *Counsel for Plaintiff Million Air*

                             By:  _/s/ Russell M. Yankwitt_____
                                      Russell M. Yankwitt
                                      Ross E. Morrison
                                      Jonathan Ohring

Hon. Vincent L. Briccetti
January 22, 2024
Page 2 of 2



        JOHN M. NONNA
        Westchester County Attorney
        *Counsel for Defendant County of Westchester*

  By: /s/John M. Nonna
      John M. Nonna
      Shawna Macleod
      Sean Carey