UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WHITE PLAINS AVIATION PARTNERS, LLC, :
d/b/a MILLION AIR WHITE PLAINS, :
         Plaintiff, :
: **ORDER**
v. :
: 21 CV 5312 (VB)
:
THE COUNTY OF WESTCHESTER, :
         Defendant. :
--------------------------------------------------------------x

    As discussed at a conference held today and attended by counsel for both parties, it is HEREBY ORDERED:

    1.    By March 29, 2024, counsel shall submit a joint letter regarding the status of the parties' settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

Dated: February 21, 2024
       White Plains, NY

                                   SO ORDERED:

                                   _____
                                   Vincent L. Briccetti
                                   United States District Judge