

**George Latimer**
**County Executive**

**John M. Nonna**
**County Attorney**

May 22, 2024

**VIA ECF**
Hon. Vincent L. Briccetti
U.S. District Court, Southern District of New York
Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas Street, Courtroom 630
White Plains, New York 10601

      Re:   *White Plains Aviation Partners, LLC, d/b/a Million Air White Plains v. County of Westchester*, No. 21 Civ. 5312 (VB)

Dear Judge Briccetti:

      The County of Westchester and White Plains Aviation Partners, LLC, d/b/a Million Air White Plains ("Million Air"), write jointly pursuant to Your Honor's Order, dated May 1, 2024 (ECF No. 98), to update the Court regarding the status of their settlement discussions.

      Since their last joint status submission on May 1, 2024 (ECF No. 97), the parties have continued to engage in settlement discussions and are nearing the completion of negotiations as to the terms of an interim settlement agreement that would remove this case from the Court's docket pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the parties respectfully request a continued stay of the litigation while they focus their efforts on negotiating and finalizing these settlement terms. If the stay is extended, the parties propose that they update the Court as to the status of their continued negotiations on or before May 31, 2024.

      The parties thank the Court for its consideration of their request.

      Respectfully submitted,

| /s/ Ross. E. Morrison | /s/ John M. Nonna |
|---|---|
| YANKWITT LLP | JOHN M. NONNA |
| Russell M. Yankwitt | Westchester County Attorney |
| Ross E. Morrison | John M. Nonna |
| 140 Grand Street, Suite 705 | Sean Carey |
| White Plains, New York 10601 | Shawna C. MacLeod |
| *Counsel for Plaintiff* | *Counsel for Defendant County* |

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601      Telephone: (914) 995-2690      JNonna@westchestercountyny.gov