

**George Latimer**
**County Executive**

**John M. Nonna**
**County Attorney**

June 7, 2024

**VIA ECF**

Hon. Vincent L. Briccetti
U.S. District Court, Southern District of New York
Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas Street, Courtroom 630
White Plains, New York 10601

      Re:    *White Plains Aviation Partners, LLC, d/b/a Million Air White Plains v. County of Westchester*, No. 21 Civ. 5312 (VB)

Dear Judge Briccetti:

      The County of Westchester and White Plains Aviation Partners, LLC, d/b/a Million Air White Plains ("Million Air"), write jointly pursuant to Your Honor's Order, dated May 31, 2024 (ECF No. 102), to update the Court regarding the status of their settlement discussions.

      The parties are pleased to report that they have now reached an agreement in principle regarding an interim settlement that would remove this case from the Court's docket pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties plan to reduce the terms of the interim settlement to writing, through formal settlement agreement documents. Accordingly, the parties respectfully request a continued stay in order to draft the required settlement documents and conclude the interim settlement. If the stay is extended, the parties propose that they update the Court as to the status of their settlement on or before July 10, 2024.

      The parties thank the Court for its consideration of their request.

      Respectfully submitted,

| | |
|---|---|
| *Ross E. Morrison* | *John M. Nonna* |
| YANKWITT LLP | JOHN M. NONNA |
| Russell M. Yankwitt | Westchester County Attorney |
| Ross E. Morrison | John M. Nonna |
| 140 Grand Street, Suite 705 | Sean Carey |
| White Plains, New York 10601 | Shawna C. MacLeod |
| *Counsel for Plaintiff* | *Counsel for Defendant County* |