

**George Latimer**
**County Executive**

**John M. Nonna**
**County Attorney**

July 10, 2024

**VIA ECF**

Hon. Vincent L. Briccetti
U.S. District Court, Southern District of New York
Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas Street, Courtroom 630
White Plains, New York 10601

      Re:    *White Plains Aviation Partners, LLC, d/b/a Million Air White Plains v. County of Westchester*, No. 21 Civ. 5312 (VB)

Dear Judge Briccetti:

      The County of Westchester and White Plains Aviation Partners, LLC, d/b/a Million Air White Plains ("Million Air"), write jointly pursuant to Your Honor's Order, dated June 7, 2024 (ECF No. 104), to update the Court regarding the status of their settlement discussions.

      The parties have now reduced the terms of their interim settlement to writing, and the formal settlement documents have been approved by Million Air and the undersigned counsel. Portions of the interim settlement, along with a proposed lease amendment, are subject to approval by the Westchester County Board of Legislators ("BOL"). Given the limited summer meeting schedule of the BOL, the parties respectfully request a continued stay for the required legislative process to take place. If the stay is extended, the parties propose that they update the Court as to the status of their settlement on or before October 1, 2024.

      The parties thank the Court for its consideration of their request.

      Respectfully submitted,

| | |
|---|---|
| *Ross E. Morrison* | *John M. Nonna* |
| YANKWITT LLP | JOHN M. NONNA |
| Russell M. Yankwitt | Westchester County Attorney |
| Ross E. Morrison | John M. Nonna |
| 140 Grand Street, Suite 705 | Sean Carey |
| White Plains, New York 10601 | Shawna C. MacLeod |
| *Counsel for Plaintiff* | *Counsel for Defendant County* |